# Exhibit 1

| Ref | Channel | Channel URL | Title | Status | Registration Date | Author | Date of 1st Publication | Originating URL | Infringing URL | CMI | Registration Number | Statutory Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | 9.29.2022_Storm Surge Ian | Registered | 10/12/2022 | Max Olson | 9/29/2022 | https://www.youtube.com/watch?v=al8yTiCVfro | https://www.youtube.com/watch?v=4kGh6cI4cgk | Yes | PA 2-381-497 | Yes |
| 2 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | MONSTER El Reno, OK tornado on May 31, 2013 | Registered | 1/4/25 | Reed Timmer | 1/16/2020 | https://www.youtube.com/watch?v=wp8E_GANqgk | https://www.youtube.com/watch?v=4kGh6cI4cgk | No | PA 2-520-229 | No |
| 3 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | DAY OF THE TWINS - Tornado terror in Nebraska | Registered | 7/29/2024 | Rolf Erik ("Hank") Schyma | 8/15/2014 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | https://www.youtube.com/watch?v=8LHQUfN9cpc | No | PA 2-488-989 | No |
| 4 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | A supercell near Booker, Texas | Registered | 9/5/2024 | Mike Olbinski | 6/9/2013 | https://youtu.be/4aIm4Xm4oyE | https://www.youtube.com/watch?v=Ivel_-JWnHY | No | PA 2-495-806 | No |
| 5 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | 04292022_Andover Drone Footage | Registered | 6/3/2022 | Reed Timmer | 4/29/2022 | https://fb.watch/joeNS0CwuS/ | https://www.youtube.com/watch?v=Ivel_-JWnHY | No | PA 2-360-287 | Yes |
| 6 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | Pursuit | Registered | 8/29/2023 | Mike Olbinski | 7/25/2017 | https://www.youtube.com/watch?v=oagszCmJLpU | https://www.youtube.com/watch?v=zR_T7JKBjss | No | PA 2-433-453 | No |
| 7 | Amerikano | https://www.youtube.com/channel/UCTDJ9osmaIty0MVkUZymVmQ | POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020 | Registered | 9/19/2024 | Adrien Mauduit | 2/2/2020 | https://www.youtube.com/watch?v=GoaHmuhq5x8 | https://www.youtube.com/watch?v=zR_T7JKBjss | No | PA 2-499-076 | No |
| 8 | Curiosopedia | https://www.youtube.com/@Curiosopedia | Wray, CO Tornado FULL CHASE | Registered | 8/11/2024 | Derek Smith | 12/21/2016 | https://www.youtube.com/watch?v=PUbqyk8Bj88 | https://www.youtube.com/watch?v=S6AKFV65Mtc | No | PA 2-491-746 | No |
| 9 | Curiosopedia | https://www.youtube.com/@Curiosopedia | Hurricanes 2005 | Registered | 11/23/2005 | Mike Theiss | 8/26/2006 | https://www.youtube.com/watch?v=_Kou0HBpX4A | https://www.youtube.com/watch?v=_szmpO6_Oa8 | No | PAu 3-004-741 | Yes |
| 10 | Curiosopedida | https://www.youtube.com/@Curiosopedia | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | Registered | 9/3/2024 | Michael Brandon Clement | 5/5/2018 | https://www.facebook.com/wxchasing/videos/638883676443260 | https://www.youtube.com/watch?v=bkBPHJWwtIA | No | PA 2-495-581 | No |
| 11 | Curiosopedida | https://www.youtube.com/@Curiosopedia | Incredible Light Pillars near Winsted, MN | Registered | 7/24/2024 | Tanner Charles Schaaf | 3/1/2019 | https://www.youtube.com/watch?v=ZT8p54BBj-8 | https://www.youtube.com/watch?v=bkBPHJWwtIA | No | PA 2-488-408 | No |
| 12 | Curiosopedida | https://www.youtube.com/@Curiosopedia | Timelapse of a developing supercell - Bridgeport, NE | Registered | 8/11/2024 | Jessica Moore | 9/5/2016 | https://www.youtube.com/watch?v=YbbLG4L1_4w | https://www.youtube.com/watch?v=bkBPHJWwtIA | No | PA 2-491-745 | No |
| 13 | Curiosopedida | https://www.youtube.com/@Curiosopedia | THE SUPERCELL - MOTHER OF STORMS | Registered | 9/24/2024 | Rolf Erik ("Hank") Schyma | 10/8/2017 | https://www.youtube.com/watch?v=yvIKIgelY6g | https://www.youtube.com/watch?v=bkBPHJWwtIA | No | PA 2-499-951 | No |
| 14 | Curiosopedida | https://www.youtube.com/@Curiosopedia | THE ULTIMATE LIGHTNING STORM - In Slow Motion | Registered | 7/30/2024 | Rolf Erik ("Hank") Schyma | 6/2/2017 | https://www.youtube.com/watch?v=1leX66NWMu8 | https://www.youtube.com/watch?v=bkBPHJWwtIA | No | PA 2-489-137 | No |
| 15 | Curiosopedida | https://www.youtube.com/@Curiosopedia | Sulphur, Ok Incredible Tornado video from up close with drone 4k | Registered | 7/1/2019 | Michael Brandon Clement | 4/30/2019 | https://www.youtube.com/watch?v=jD2cCJBDauA | https://www.youtube.com/watch?v=S6AKFV65Mtc | Yes | PA 2-198-352 | Yes |
| 16 | Curiosopedida | https://www.youtube.com/@Curiosopedia | 2018 Kilauea Volcano | Registered | 9/8/24 | Michael Brandon Clement | 5/5/2018 | https://www.youtube.com/watch?v=PAKueID8u00 | https://www.youtube.com/watch?v=S6AKFV65Mtc | No | PA 2-517-554 | No |
| 17 | Factsopedia | https://www.youtube.com/@FactsopediaOfficial | 06-25-2021 Waverly, KS - Lightning Strikes Vehicle | Registered | 8/1/2024 | Carl Hobi | 6/29/2021 | https://www.youtube.com/watch?v=TA_zrvBctH8 | https://www.youtube.com/watch?v=0Kfn0_bUxf8 | Yes | PA 2-489-607 | No |
| 18 | Factsopedia | https://www.youtube.com/@FactsopediaOfficial | 06-25-2021 Waverly, KS - Lightning Strikes Vehicle | Registered | 8/1/2024 | Carl Hobi | 6/29/2021 | https://www.youtube.com/watch?v=TA_zrvBctH8 | https://www.youtube.com/watch?v=1qZW2zzOn00 | No | PA 2-489-607 | No |
| 19 | Factsopedia | https://www.youtube.com/@FactsopediaOfficial | 06-25-2021 Waverly, KS - Lightning Strikes Vehicle | Registered | 8/1/2024 | Carl Hobi | 6/29/2021 | https://www.youtube.com/watch?v=TA_zrvBctH8 | https://www.youtube.com/watch?v=tiAoLr6qmg4 | No | PA 2-489-607 | No |
| 20 | The Fancy Banana | https://www.youtube.com/TheFancyBanana1 | 04292022 Andover Drone Footage | Registered | 6/3/2022 | Reed Timmer | 4/29/2022 | https://fb.watch/joeNS0CwuS/ | https://www.youtube.com/watch?v=5GUxRUrOOo8 | No | PA 2-360-287 | Yes |
| 21 | The Fancy Banana | https://www.youtube.com/@TheFancyBanana1 | 3-21-2022 Elgin Tx tornado- Dashcam | Registered | 4/22/2022 | Viral DRM, LLC | 3/21/2022 | https://youtu.be/kd6Lae_zNXc | | No | PA 2-354-516 | Yes |
| 22 | The Fancy Banana | https://www.youtube.com/@TheFancyBanana1 | 9.29.2022_Storm Surge Ian | Registered | 10/12/2022 | Max Olson | 9/29/2022 | https://www.youtube.com/watch?v=al8yTiCVfro | https://www.youtube.com/watch?v=fcmeYBUr46U | Yes | PA 2-381-497 | Yes |
| 23 | The Finest | https://www.youtube.com/@TheFinestX | July 9th, 2018 - Haboob/Dust Storm across SW Arizona | Registered | 9/6/2024 | Mike Olbinski | 7/10/2018 | https://www.youtube.com/watch?v=0lDo6iK8npU | https://www.youtube.com/watch?v=-huPoqmOkmU | No | PA 2-496-117 | No |
| 24 | The Finest | https://www.youtube.com/@TheFinestX | CONSTANT LIGHTNING - Unreal Electric Storm | Registered | 7/30/2024 | Rolf Erik ("Hank") Schyma | 1/20/2018 | https://www.youtube.com/watch?v=-vr_VTqs1eE | https://www.youtube.com/watch?v=9CkyL-o90x0 | No | PA 2-489-303 | No |
| 25 | The Finest | https://www.youtube.com/@TheFinestX | Lightning Striking Tree in 4K - Tree Catches on Fire !!! | Registered | 7/31/2024 | Rolf Erik ("Hank") Schyma | 8/17/2018 | https://www.youtube.com/watch?v=Y-LPERlRHYA | https://www.youtube.com/watch?v=9CkyL-o90x0 | No | PA 2-489-415 | No |
| 26 | The Finest | https://www.youtube.com/@TheFinestX | DAY OF THE TWINS - Tornado terror in Nebraska | Registered | 7/29/2024 | Rolf Erik ("Hank") Schyma | 8/15/2014 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | https://www.youtube.com/watch?v=35Cil4tr4b0 | No | PA 2-488-989 | No |
| 27 | The Finest | https://www.youtube.com/@TheFinestX | Crazy Video ! Massive dust devil from close range. La Junta, Co 4-6-2021 | Registered | 9/16/2024 | Michael Brandon Clement | 4/6/2021 | https://www.youtube.com/watch?v=U-atO0ZrGEw | https://www.youtube.com/watch?v=ayasCHBkFWM | Yes | PA 2-498-305 | No |
| 28 | The Finest | https://www.youtube.com/@TheFinestX | Incredible Light Pillars near Winsted, MN | Registered | 7/24/2024 | Tanner Charles Schaaf | 3/1/2019 | https://www.youtube.com/watch?v=ZT8p54BBj-8 | https://www.youtube.com/watch?v=NVovV8xhAk4 | No | PA 2-488-408 | No |
| 29 | The Finest | https://www.youtube.com/@TheFinestX | Lightning Striking Tree in 4K - Tree Catches on Fire !!! | Registered | 7/31/2024 | Rolf Erik ("Hank") Schyma | 8/17/2018 | https://www.youtube.com/watch?v=Y-LPERlRHYA | https://www.youtube.com/watch?v=ZGK4dpTcHGY | No | PA 2-489-415 | No |
| 30 | The Genius Lemon | https://www.youtube.com/@TheGeniusLemon | Pursuit | Registered | 8/29/23 | Mike Olbinski | 7/25/2017 | https://www.youtube.com/watch?v=rq3lqckbt_E | https://www.youtube.com/watch?v=5e6hfnOL8us | No | PA 2-433-453 | No |
| 31 | The Genius Lemon | https://www.youtube.com/@TheGeniusLemon | Hurricanes 2005 | Registered | 11/23/2005 | Mike Theiss | 8/26/2006 | https://www.youtube.com/watch?v=_Kou0HBpX4A | https://www.youtube.com/watch?v=CtEa-xYPwu8 | Yes | PAu 3-004-741 | Yes |
| 32 | The Genius Lemon | https://www.youtube.com/@TheGeniusLemon | Brilliant Mammatus Clouds Left Behind Over Tulsa After Tornado Warning | Registered | 7/31/2024 | Aaron James Jayjack | 4/28/2020 | https://www.youtube.com/watch?v=BWLs5T42LUU | https://www.youtube.com/watch?v=FIF4TRCCT7c | No | PA 2-489-302 | No |
| 33 | The Genius Lemon | https://www.youtube.com/@TheGeniusLemon | Pursuit | Registered | 8/29/2023 | Mike Olbinski | 7/25/2017 | https://www.youtube.com/watch?v=rq3lqckbt_E | https://www.youtube.com/watch?v=FIF4TRCCT7c | Yes | PA 2-433-453 | No |
| 34 | The Genius Lemon | https://www.youtube.com/@TheGeniusLemon | STRANGE STORM CLOUDS - Mammatus facts and information | Registered | 9/7/2024 | Rolf Erik ("Hank") Schyma | 6/23/2017 | https://www.youtube.com/watch?v=HywQ_lE23M | https://www.youtube.com/watch?v=FIF4TRCCT7c | No | PA 2-496-265 | No |
| 35 | The Genius Lemon | https://www.youtube.com/@TheGeniusLemon | Hurricane Michael landfall in Panama City | Registered | 12/20/2018 | Daniel Robinson | 10/10/2018 | https://www.youtube.com/watch?v=C6zGEMMMjws | https://www.youtube.com/watch?v=SBHU4kau4mA | No | PA 2-153-861 | No |
| 36 | The Genius Lemon | https://www.youtube.com/@TheGenisLemon | STRANGE STORM CLOUDS - Mammatus facts and information | Registered | 9/7/2024 | Rolf Erik ("Hank") Schyma | 6/23/2017 | https://www.youtube.com/watch?v=HywQ_lE23M | https://www.youtube.com/watch?v=WXUbhhIwZ-0 | No | PA 2-496-265 | No |
| 37 | The Overworld | https://www.youtube.com/@TheOverworld1 | A beautifully colorful and complex transient luminous event in over Texas 6/20/2019 0339UTC | Registered | 9/4/2024 | Paul Smith | 6/20/2019 | https://www.youtube.com/watch?v=-z_4M9Ei8Wo | https://www.youtube.com/watch?v=A4jMMBJVGPU | Yes | PA 2-496-278 | No |
| 38 | The Overworld | https://www.youtube.com/@TheOverworld1 | 04292022 Andover Drone Footage | Registered | 6/3/2022 | Reed Timmer | 4/29/2022 | https://www.youtube.com/watch?v=lxdFh8nYMgM | https://www.youtube.com/watch?v=G0GYhAROSuM | No | PA 2-360-287 | Yes |
| 39 | The Overworld | https://www.youtube.com/@TheOverworld1 | Dust Storm Impacts Parkes NSW Australia. | Registered | 3/25/2022 | Jason Davies | 1/19/2020 | https://www.facebook.com/JDPhotographyAU/videos/171061337452228 | https://www.youtube.com/watch?v=GSgAqIA4oeM | No | PA 2-349-491 | No |
| 40 | The Scary Cherry | https://www.youtube.com/@TheScaryCherry | Terrifying encounter when lightning strikes close to a Qantas plane in Sydney Australia | Registered | 7/12/2024 | Daniel Shaw | 10/20/2015 | https://youtu.be/njms4iu9q_8 | https://www.youtube.com/watch?v=aHkl_OG8MTA | No | PA 2-485-731 | No |
| 41 | The Scary Cherry | https://www.youtube.com/@TheScaryCherry | Battle at the Beachfront | Registered | 8/23/2006 | Mike Theiss | 8/26/2006 | https://www.youtube.com/watch?v=_Kou0HBpX4A | https://www.youtube.com/watch?v=ntfEz7GW44k | No | PAu 3-077-953 | Yes |
| 42 | The Scary Cherry | https://www.youtube.com/@TheScaryCherry | "Fire tornado" Australia HD - clearest ever capture in nature | Registered | 7/12/2024 | Chris Tangey | 6/6/2013 | https://www.youtube.com/watch?v=66Yte03B3Lo | https://www.youtube.com/watch?v=P07l3Gfv-mI | Yes | PA 2-485-810 | No |
| 43 | The Scary Cherry | https://www.youtube.com/@TheScaryCherry | Pilger Nebraska Twin Tornadoes! Never Before Seen Video. From Birth to Town Impact. | Registered | 9/16/2024 | Adam Lucio | 2/2/2018 | https://youtu.be/V19DmeniSdE | https://www.youtube.com/watch?v=P07l3Gfv-mI | No | PA 2-498-447 | No |
| 44 | The Scary Cherry | https://www.youtube.com/@TheScaryCherry | AURORA - northern nights 4K timelapse compilation & relaxation | Registered | 9/19/2024 | Adrien Mauduit | 5/9/2020 | https://www.youtube.com/watch?v=zWlePUUnm1o | https://www.youtube.com/watch?v=R6oyo-5umyo | No | PA 2-499-074 | No |
| 45 | EL Amerikano | https://www.youtube.com/@ElAmerikano | 02-28-19 Winsted, MN - Light Pillars02-28-19 Winsted, MN - Light Pillars | Registered | 7/24/2024 | Tanner Charles Schaaf | 3/1/2019 | https://www.youtube.com/watch?v=EzFmxn0nj8qw | https://www.youtube.com/watch?v=X7it44jNY1A | No | PA 2-488-408 | No |
| 46 | EL Amerikano | https://www.youtube.com/@ElAmerikano | 10-10-18, Hurricane Michael Full Video, Panama City Beach FL | Registered | 12/20/2018 | Christopher Blake Brown | 10/14/2018 | https://www.youtube.com/watch?v=B3oOEVvSmlU | https://www.youtube.com/watch?v=HQ8BxDUcLqY | No | PA 2-518-509 | No |
| 47 | EL Amerikano | https://www.youtube.com/@ElAmerikano | CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20 | Registered | 7/30/2024 | Rolf Erik ("Hank") Schyma | 4/23/2020 | https://www.youtube.com/watch?v=y73ZVT56Sz4 | https://www.youtube.com/watch?v=HQ8BxDUcLqY | No | PA 2-489-141 | No |
| 48 | EL Amerikano | https://www.youtube.com/@ElAmerikano | Dust Storm Impacts Parkes NSW Australia | Registered | 3/25/2022 | Jason Davies | 1/19/2020 | https://www.facebook.com/watch/?v=171061337452228 | https://www.youtube.com/watch?v=4LcJ64Mmi7g | Yes | PA 2-349-491 | No |
| 49 | EL Amerikano | https://www.youtube.com/@ElAmerikano | Hurricane Michael - Panama City Beach, Florida | Registered | 12/29/2024 | Mike Theiss | 10/27/2018 | https://www.youtube.com/watch?v=EjVAS0K2ShU | https://www.youtube.com/watch?v=HQ8BxDUcLqY | No | PA 2-519-045 | No |
| 50 | EL Amerikano | https://www.youtube.com/@ElAmerikano | Hurricane Michael landfall in Panama City | Registered | 12/20/2018 | Daniel Robinson | 10/10/2018 | https://www.youtube.com/watch?v=C6zGEMMMjws | https://www.youtube.com/watch?v=4LcJ64Mmi7g | Yes | PA 2-153-861 | Yes |
| 51 | EL Amerikano | https://www.youtube.com/@ElAmerikano | POLAR RAINBOWS - intimate nacreous clouds (polar stratospheric clouds) timelapse 4K | Registered | 9/19/2024 | Adrien Mauduit | 2/2/2023 | https://www.youtube.com/watch?v=MB77e50EuhU | https://www.youtube.com/watch?v=Qt0e9xVNUVs | No | PA 2-499-076 | No |
| 52 | EL Amerikano | https://www.youtube.com/@ElAmerikano | Pursuit | Registered | 8/29/2023 | Mike Olbinski | 7/25/2017 | https://www.youtube.com/watch?v=rq3lqckbt_E | https://www.youtube.com/watch?v=X7it44jNY1A | No | PA 2-433-453 | No |