# Exhibit 2

Ref:1

https://www.youtube.com/watch?v=4kGh6cl4cgk



Ref:2

https://www.youtube.com/watch?v=4kGh6cl4cgk





Ref:3
https://www.youtube.com/watch?v=8LHQUfN9cpc



Ref:4
https://www.youtube.com/watch?v=Ivel_-JWnHY



Ref:5
https://www.youtube.com/watch?v=Ivel_-JWnHY



Ref:6
https://www.youtube.com/watch?v=zR_T7JKBjss



Ref:7

https://www.youtube.com/watch?v=zR_T7JKBjss



Ref:8

https://www.youtube.com/watch?v=_szmpO6_Oa8



Ref:9

https://www.youtube.com/watch?v=_szmpO6_Oa8



Ref:10

https://www.youtube.com/watch?v=bkBPHJWwtIA



Ref:11

https://www.youtube.com/watch?v=bkBPHJWwtlA



Ref:12

https://www.youtube.com/watch?v=bkBPHJWwtlA



Ref:13

https://www.youtube.com/watch?v=bkBPHJWwtlA



Ref:14

https://www.youtube.com/watch?v=bkBPHJWwtlA



Ref:15
https://www.youtube.com/watch?v=S6AKFV65Mtc



Ref:16
https://www.youtube.com/watch?v=S6AKFV65Mtc



Ref:17

https://www.youtube.com/watch?v=0Kfn0_bUxf8



Ref:18

https://www.youtube.com/watch?v=1qZW2zzOn00





Ref:19
https://www.youtube.com/watch?v=tiAoLr6qmg4



Ref:20
https://www.youtube.com/watch?v=5GUxRUrOOo8



Ref:21
https://www.youtube.com/watch?v=b7T84-aR7P0



Ref:22
https://www.youtube.com/watch?v=fcmeYBUr46U



Ref:23

https://www.youtube.com/watch?v=-huPoqmOkmU



Ref:24

https://www.youtube.com/watch?v=9CkyL-o90x0



Ref:25
https://www.youtube.com/watch?v=9CkyL-o90x0



Ref:26
https://www.youtube.com/watch?v=35Cil4tr4b0



Ref:27

https://www.youtube.com/watch?v=ayasCHBkFWM



Ref:28

https://www.youtube.com/watch?v=NVovV8xhAk4



Ref:29
https://www.youtube.com/watch?v=ZGK4dpTcHGY



Ref:30
https://www.youtube.com/watch?v=5e6hfnOL8us



Ref:31
https://www.youtube.com/watch?v=CtEa-xYPwu8



Ref:32
https://www.youtube.com/watch?v=FIF4TRCCT7c



Ref:33
https://www.youtube.com/watch?v=FIF4TRCCT7c



Ref:34
https://www.youtube.com/watch?v=FIF4TRCCT7c



Ref:35
https://www.youtube.com/watch?v=SBHU4kau4mA



Ref:36
https://www.youtube.com/watch?v=WXUbhhIwZ-0



Ref:37
https://www.youtube.com/watch?v=A4jMMBJVGPU



Ref:38
https://www.youtube.com/watch?v=G0GYhAROSuM



Ref:39
https://www.youtube.com/watch?v=GSgAqIA4oeM



Ref:40
https://www.youtube.com/watch?v=aHkl_OG8MTA



Ref:41

https://www.youtube.com/watch?v=ntfEz7GW44k



Ref:42

https://www.youtube.com/watch?v=P07I3Gfv-mI



Ref:43

https://www.youtube.com/watch?v=P07I3Gfv-mI



Ref:44

https://www.youtube.com/watch?v=R6oyo-5umyo



Ref:45

https://www.youtube.com/watch?v=X7it44jNY1A



Ref:46

https://www.youtube.com/watch?v=HQ8BxDUcLqY



Ref:47

https://www.youtube.com/watch?v=HQ8BxDUcLqY



Ref:48

https://www.youtube.com/watch?v=4LcJ64Mmi7g



Ref:49

https://www.youtube.com/watch?v=HQ8BxDUcLqY



Ref:50

https://www.youtube.com/watch?v=4LcJ64Mmi7g



Ref:51

https://www.youtube.com/watch?v=Qt0e9xVNUVs



Ref:52

https://www.youtube.com/watch?v=X7it44jNY1A

