Exhibit 4



Copyright Management <copyright@viraldrm.com>

---

## [6IX6GCIEKZNICZSIXCWF7QRPWA] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+3maj6in1hwgmg07@google.com>           Tue, Nov 7, 2023 at 8:46 PM
Reply-To: YouTube Copyright <youtube-disputes+3maj6in1hwgmg07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=G0GYhAROSuM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:15:31 to 0:15:33 :
    https://www.youtube.com/watch?v=G0GYhAROSuM&t=931
    It appears in your source video from 0:02:29 to 0:02:31 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=149

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=bxU-H0Grli0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:14 to 0:08:18 :
    https://www.youtube.com/watch?v=bxU-H0Grli0&t=494
    It appears in your source video from 0:02:20 to 0:02:24 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=140

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: G0GYhAROSuM, bxU-H0Grli0



**Copyright Management <copyright@viraldrm.com>**

---

## [AALJHKLP3M3JSATGQCNZDEV5DM] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+169lltrytwb6407@google.com>      Tue, Nov 7, 2023 at 6:10 PM
Reply-To: YouTube Copyright <youtube-disputes+169lltrytwb6407@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Digital Rights Manager
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=_szmpO6_Oa8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:04 to 0:04:07 :
    https://www.youtube.com/watch?v=_szmpO6_Oa8&t=244
    It appears in your source video from 0:05:09 to 0:05:13 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=309

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=bkBPHJWwtIA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/wxchasing/videos/638883676443266
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:50 to 0:00:54 :
    https://www.youtube.com/watch?v=bkBPHJWwtIA&t=50
    It appears in your source video: https://www.facebook.com/wxchasing/videos/638883676443266

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: _szmpO6_Oa8, bkBPHJWwtIA

[BGAYH7JON3QDHQS4PDEOAMDAPU] YouTube Copyright Complaint Submission



Copyright Management <copyright@viraldrm.com>

---

# [BGAYH7JON3QDHQS4PDEOAMDAPU] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+0t2fy3usoo9zw07@google.com>      Tue, Nov 7, 2023 at 8:35 PM
Reply-To: YouTube Copyright <youtube-disputes+0t2fy3usoo9zw07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FIF4TRCCT7c
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Undulatus Asperatus Sunset
    - Source of video: rq3lqckbt_E
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:07:06 to 0:07:10 :
      https://www.youtube.com/watch?v=FIF4TRCCT7c&t=426
      It appears in your source video from 0:00:48 to 0:00:58 :
      https://www.youtube.com/watch?v=rq3lqckbt_E&t=48

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=SBHU4kau4mA
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: The RAW POWER of Hurricane Michael in Panama City: Sound & visuals in 4K
    - Source of video: C6zGEMMMjws
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:12:52 to 0:12:56 :
      https://www.youtube.com/watch?v=SBHU4kau4mA&t=772
      It appears in your source video from 0:01:36 to 0:01:45 :
      https://www.youtube.com/watch?v=C6zGEMMMjws&t=96

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: FIF4TRCCT7c, SBHU4kau4mA



Copyright Management <copyright@viraldrm.com>

---

## [ESDE3JFJLQ6FNQBQWTJUKN6XBU] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+3jvrr7f5x1isg07@google.com>         Wed, Nov 15, 2023 at 5:45 PM
Reply-To: YouTube Copyright <youtube-disputes+3jvrr7f5x1isg07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=CtEa-xYPwu8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:28:00 to 0:28:05 :
    https://www.youtube.com/watch?v=CtEa-xYPwu8&t=1680
    It appears in your source video from 0:01:12 to 0:01:18 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=72

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: CtEa-xYPwu8

Case 1:25-cv-08170-JGK    Document 74    Filed 10/03/25    Page 10 of 22



**Copyright Management <copyright@viraldrm.com>**

---

## [KPTKD6DMV3WW6DES2JYULESR34] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+0qlcmfeei12e207@google.com>          Mon, Nov 13, 2023 at 7:25 PM
Reply-To: YouTube Copyright <youtube-disputes+0qlcmfeei12e207@google.com>
To: copyright@viraldrm.com



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=tiAoLr6qmg4
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 06-25-2021 Waverly, KS - Lightning Strikes Vehicle
    - Source of video: TA_zrvBctH8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:15:45 to 0:16:45 :
      https://www.youtube.com/watch?v=tiAoLr6qmg4&t=945
      It appears in your source video from 0:00:08 to 0:00:15 :
      https://www.youtube.com/watch?v=TA_zrvBctH8&t=8

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldrm.com wrote:

Video IDs: tiAoLr6qmg4

 Gmail

**Copyright Management <copyright@viraldrm.com>**

---

## [PBEFRF3MNMRFBPXCHS3P4TSH5I] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+2cp8jdfeqqppa07@google.com>          Tue, Nov 14, 2023 at 11:07 AM
Reply-To: YouTube Copyright <youtube-disputes+2cp8jdfeqqppa07@google.com>
To: news@newsmedia.net.au
Cc: copyright@viraldrm.com

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Jason Davies / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:
    - PO Box 162
    - Vaucluse, NSW 2030
    - AU
- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Secondary Email Address: copyright@viraldrm.com
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GSgAqIA4oeM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Parkes Dust Storm 2020
    - Source of video: https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:14:44 to 0:14:52 :
      https://www.youtube.com/watch?v=GSgAqIA4oeM&t=884
      It appears in your source video: https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cElWfsAcDYM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Parkes Dust Storm 2020
    - Source of video: https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:04 :
      https://www.youtube.com/watch?v=cElWfsAcDYM&t=0
      It appears in your source video: https://www.facebook.com/

JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=gpU9Q_2dy2Q
- Describe the work allegedly infringed: My company, organization or client's artwork
  - Title of artwork: Parkes Dust Storm - 20th Jan 2022 Captured by Jason Davies Rights Managed by Severe Weather Australia / News Media Network https://www.facebook.com/photo?fbid=100220584868816&set=pcb.100221488202059
  - Type of artwork: Photo
  - Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:22 :
    https://www.youtube.com/watch?v=gpU9Q_2dy2Q&t=77

- Country where copyright applies: AU
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 news@newsmedia.net.au wrote:

Video IDs: GSgAqIA4oeM, cElWfsAcDYM, gpU9Q_2dy2Q

Case 1:25-cv-08170-JGK    Document 7-4    Filed 10/08/25    Page 14 of 22



**Copyright Management <copyright@wxchasing.com>**

---

## [QG7GKMSIDOF6BJRA6ZBIUJ2O2A] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+0p9d5s7x8bfsi07@google.com>          Mon, Nov 13, 2023 at 5:53 PM
Reply-To: YouTube Copyright <youtube-disputes+0p9d5s7x8bfsi07@google.com>
To: copyright@wxchasing.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S6AKFV65Mtc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-5-2018 Leilani Estates, Mt Kilauea volcano erupts, lava flows shot from drone 4k
  - Source of video: PAKueID8u00
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:22:46 to 0:22:50 :
    https://www.youtube.com/watch?v=S6AKFV65Mtc&t=1366
    It appears in your source video from 0:00:22 to 0:00:30 :
    https://www.youtube.com/watch?v=PAKueID8u00&t=22

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: S6AKFV65Mtc

7/28/25, 8:44 PM                                Gmail - [R4XEVRLGQJYQSE72AGJSHQIFFI] YouTube Copyright Complaint Submission



Copyright Management <copyright@viraldrm.com>

---

## [R4XEVRLGQJYQSE72AGJSHQIFFI] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+3kf2115f29njt07@google.com>           Wed, Nov 15, 2023 at 1:41 PM
Reply-To: YouTube Copyright <youtube-disputes+3kf2115f29njt07@google.com>
To: copyright@viraldrm.com



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=1qZW2zzOn00
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 06-25-2021 Waverly, KS - Lightning Strikes Vehicle
    - Source of video: TA_zrvBctH8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:07 to 0:04:00 :
      https://www.youtube.com/watch?v=1qZW2zzOn00&t=187
      It appears in your source video from 0:00:08 to 0:00:15 :
      https://www.youtube.com/watch?v=TA_zrvBctH8&t=8

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

https://mail.google.com/mail/u/2/?ik=6aa9655dca&view=pt&search=all&permthid=thread-f:1782633845576659603%7Cmsg-f:1782633845576659603&simpl=...    1/2

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

     Video IDs: 1qZW2zzOn00



Copyright Management <copyright@viraldrm.com>

---

# [VHECLKFD2CQDRTNPSETQJRSNWA] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+1aj4tpq5dn9c507@google.com>                    Tue, Nov 7, 2023 at 7:16 PM
Reply-To: YouTube Copyright <youtube-disputes+1aj4tpq5dn9c507@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4LcJ64Mmi7g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The RAW POWER of Hurricane Michael in Panama City: Sound & visuals in 4K
  - Source of video: C6zGEMMMjws
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:19 to 0:13:23 :
    https://www.youtube.com/watch?v=4LcJ64Mmi7g&t=799
    It appears in your source video from 0:06:33 to 0:06:37 :
    https://www.youtube.com/watch?v=C6zGEMMMjws&t=393

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=qD5i_kp0j5w
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:45 to 0:07:55 :
    https://www.youtube.com/watch?v=qD5i_kp0j5w&t=465
    It appears in your source video: https://www.facebook.com/watch?ref=search&v=

638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 4LcJ64Mmi7g, qD5i_kp0j5w



Copyright Management <copyright@viraldrm.com>

---

## YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+0oj0uqnavwncy07@google.com>      Thu, Sep 21, 2023 at 5:22 AM
Reply-To: YouTube Copyright <youtube-disputes+0oj0uqnavwncy07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, Alabama 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4kGh6cl4cgk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: MONSTER El Reno, OK tornado on May 31, 2013
  - Source of video: wp8E_GANqgk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:42 to 0:03:53 :
    https://www.youtube.com/watch?v=4kGh6cl4cgk&t=222
    It appears in your source video from 0:00:15 to 0:00:22 :
    https://www.youtube.com/watch?v=wp8E_GANqgk&t=15

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8LHQUfN9cpc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: THUNDER SNOW! Blizzard with over a dozen close-range lightning strikes in Mammoth Mountain, CA
  - Source of video: hCFo0uSUdyE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:11 to 0:07:16 :
    https://www.youtube.com/watch?v=8LHQUfN9cpc&t=431
    It appears in your source video from 0:00:15 to 0:00:20 :
    https://www.youtube.com/watch?v=hCFo0uSUdyE&t=15

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Ivel_-JWnHY
- Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Drone footage of Andover tornado with color correction
- Source of video: https://fb.watch/joeNS0CwuS/
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:04:23 to 0:04:27 :
  https://www.youtube.com/watch?v=Ivel_-JWnHY&t=263
  It appears in your source video: https://fb.watch/joeNS0CwuS/

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=eWk3ZSTV5xM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:17:21 to 0:17:25 :
    https://www.youtube.com/watch?v=eWk3ZSTV5xM&t=1041
    It appears in your source video from 0:03:30 to 0:03:34 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=210

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=zR_T7JKBjss
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020
  - Source of video: GoaHmuhq5x8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:17 to 0:13:20 :
    https://www.youtube.com/watch?v=zR_T7JKBjss&t=797
    It appears in your source video from 0:00:30 to 0:00:33 :
    https://www.youtube.com/watch?v=GoaHmuhq5x8&t=30

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=zr_QWJrLs58
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: SPECTACULAR lenticular clouds at sunset west of Denver, CO!
  - Source of video: IhoQ9JW_8vw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:20:06 to 0:20:10 :
    https://www.youtube.com/watch?v=zr_QWJrLs58&t=1206
    It appears in your source video from 0:00:00 to 0:00:04 :
    https://www.youtube.com/watch?v=IhoQ9JW_8vw&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Sep 21, 2023 copyright@viraldrm.com wrote:

Video IDs: 4kGh6cI4cgk, 8LHQUfN9cpc, Ivel_-JWnHY, eWk3ZSTV5xM, zR_T7JKBjss, zr_QWJrLs58