# Exhibit 5



**Copyright Management <copyright@wxchasing.com>**

---

## Fwd: [5X7SKXAMACESEW64ORCPLNWLRM] New Copyright Counter Notification
1 message

**Copyright Management** <copyright@wxchasing.com>          Sat, Nov 25, 2023 at 9:43 PM
To: viraldrm@sriplaw.com

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1ii1fif9qsugm0h@google.com>
Date: Wed, Nov 15, 2023 at 2:25 PM
Subject: Re: [5X7SKXAMACESEW64ORCPLNWLRM] New Copyright Counter Notification
To: <copyright@wxchasing.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=S6AKFV65Mtc

Display name of uploader: Curiosopedia

This is a copyright counter notification on behalf of Curiosopedia. Channel available at https://www.youtube.com/channel/UCYbypDVvRP4Jmh6WGidlDSA On November 13th, 2023, our Channel received a content removal request by WxChasing (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Si El Dron No Hubiera Grabado Esto, Nadie Lo Hubiera Creído, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual– the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal–the used clip has 4 seconds of a total of 2:12 minutes from the original video; hence we only used about 5% of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For

the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Esclades-Engordany
Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Fwd: [RE3A4RIIZESXDE4KP2OZVKICPA] New Copyright Counter Notification
1 message

**Copyright Management** <copyright@viraldrm.com>           Fri, Nov 17, 2023 at 5:04 AM
To: viraldrm@sriplaw.com

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1z3us3aebgxf60h@google.com>
Date: Wed, Nov 15, 2023 at 2:23AM
Subject: Re: [RE3A4RIIZESXDE4KP2OZVKICPA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4LcJ64Mmi7g

Display name of uploader: El Amerikano

This is a copyright counter notification on behalf of El Amerikano. Channel available at https://www.youtube.com/channel/UC0Yyn_LocqY5P6dEekMScbA On November 8th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Este Fenómeno Se Cobra Cientos De Vidas Al Año, Pero Solo El 5% De Las Personas Lo Conocen, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual–the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal–the used clip has 4 seconds of a total of 7:04 minutes from the original video; hence we only used about 1% or less of the original video,

which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected–
we don't sell or license our videos to news or weather channels; our target audience is
restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement
of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to
a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which YouTube is
located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Fwd: [VQVVIBUMGKMQJ2IFTKRLSUIIUY] New Copyright Counter Notification
1 message

---

**Copyright Management** <copyright@viraldrm.com>                             Thu, Sep 21, 2023 at 11:13 PM
To: joel@sriplaw.com

---

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0fvzbjq5mwc0e0h@google.com>
Date: Thu, Sep 21, 2023 at 5:04 PM
Subject: Re: [VQVVIBUMGKMQJ2IFTKRLSUIIUY] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

  • http://www.youtube.com/watch?v=zR_T7JKBjss

Display name of uploader: Amerikano

We are sending this counter-notification because we are extremely confident that our video has been taken down by mistake - Our video in question "15 Moments When Nature Gives Errors" and time- stamped section is voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our legal right to defend this misidentified take-down. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Re: [BVEKC3QD2TLPMIKFUOWVCR4AIY] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+0sgjukvzqzf6g0h@google.com>          Wed, Nov 15, 2023 at 4:28 AM
Reply-To: YouTube Copyright <youtube-disputes+0sgjukvzqzf6g0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you
submitted. A counter notification is a legal request for YouTube to reinstate a video that was
removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to
copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take and
what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=_szmpO6_Oa8

Display name of uploader: Curiosopedia

This is a copyright counter notification on behalf of Curiosopedia. Channel available at
https://www.youtube.com/channel/UCYbypDVvRP4Jmh6WGidIDSA On November 13th, 2023,
our Channel received a content removal request by ViralDRM (claimant) targeting the following
video and respective content for allegedly infringing its copyrights: Los 20 Desastres Naturales
Más Aterradores Capturados En Video, where a short clip was used and claimed as an original
work. A fair use exception applies to the use of the clip because the four factors under 17 USC
§ 107 are met: (1) the use is essentially transformative—our video is a compilation of multiple
extreme weather events that goes way beyond the specific weather event depicted in the clip;
our main purpose is to educate viewers about the different facets of climate change in the world
as a whole, not specifically to the location and time of the clipped event; we gave new meaning
to the original expression by adding commentary, background audio (voice-over), transitions,
color grading, visual and sound effects, which required the writing of a script based on 15-20
topics. (2) the nature of the material is substantially factual—the original clip lacks any artistic
decision because it is simply raw footage of a weather event; (3) the amount of use is minimal—
the used clip has 3 seconds of a total of 13:39 minutes from the original video; hence we only
used less than 1% of the original video, which is very minimal; and (4) the original copyright
owner's ability to profit remains unaffected—we don't sell or license our videos to news or
weather channels; our target audience is restricted to YouTube viewers. For the reasons above
we respectfully request the reinstatement of the content we believe was mistakenly removed
from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to
a mistake or misidentification of the material to be removed or disabled.

---

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

7/28/25, 8:45 PM                    Gmail - Re: [BWRQWWJPKKISLHAOGTOIJIAODY] New Copyright Counter Notification



Copyright Management <copyright@viraldrm.com>

---

## Re: [BWRQWWJPKKISLHAOGTOIJIAODY] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+3inv0qr00oerl0h@google.com>          Fri, Nov 17, 2023 at 3:37 PM
Reply-To: YouTube Copyright <youtube-disputes+3inv0qr00oerl0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

  • http://www.youtube.com/watch?v=1qZW2zzOn00

Display name of uploader: Factsopedia

This is a copyright counter notification on behalf of Factsopedia. Channel available at https://www.youtube.com/channel/UC5TSQsuv5SXR5B7RivVCVSA On November 16th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Driver Sees This on the Road and Immediately Knows He's In Trouble, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics such as: - Topic 20: "Witch in the desert" . - Topic 19: "Hennessey Fire" - Topic 17: "Men In Black On a Highway At Night" (2) the nature of the material is substantially factual– the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Copyrightnmanagement@gmail - Re: [COW5BCIZXTGQCWLSC6YLRMCFCI] New Copyright Counter Notification



Copyright Management <copyright@viraldrm.com>

---

## Re: [COW5BCIZXTGQCWLSC6YLRMCFCI] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+0cck91c600tjc0h@google.com>    Wed, Nov 15, 2023 at 4:30 AM
Reply-To: YouTube Copyright <youtube-disputes+0cck91c600tjc0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

*   http://www.youtube.com/watch?v=bkBPHJWwtIA

Display name of uploader: Curiosopedia

This is a copyright counter notification on behalf of Curiosopedia. Channel available at https://www.youtube.com/channel/UCYbypDVvRP4Jmh6WGidIDSA On November 13th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Si Estos Fenómenos No Fueran Grabados, Nadie Lo Creería, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual–the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal– the used clip has 4 seconds of a total of 4:18 minutes from the original video; hence we only used about 1% of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [DLHNRLOVQWSAQ5FKNVK5Z6XLBE] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+08pnlcz2774ji0h@google.com>    Thu, Sep 21, 2023 at 11:04 PM
Reply-To: YouTube Copyright <youtube-disputes+08pnlcz2774ji0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4kGh6cI4cgk

Display name of uploader: Amerikano

We are sending this counter-notification because we are extremely confident that our video has been taken down by mistake - Our video in question "20 Extreme Natural Disasters Caught On Camera" and time- stamped section is voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our legal right to defend this misidentified take-down. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [GPZCA7JF745KUCKWUSAPVKIK5U] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+2a4q0iumm828j0h@google.com>          Sun, Sep 24, 2023 at 2:43 AM
Reply-To: YouTube Copyright <youtube-disputes+2a4q0iumm828j0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you
submitted. A counter notification is a legal request for YouTube to reinstate a video that was
removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to
copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take and
what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

   • http://www.youtube.com/watch?v=5GUxRUrOOo8

Display name of uploader: The Fancy Banana

We are sending this counter-notification because we are very confident that our video has been
taken down by a clear mistake - Our video in question "20 Times Mother Nature Got Angry On
Camera #2" and time-stamped section outlined has been voiced by a voice actor in an
informative manner, clips/images are broken down into parts and we are confident that
everything in our video and time-stamped section is created under Fair Use Law, used to inform
the general audience in a review-styled format. It is within our complete legal right to defend this
misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Our
legal team has also analyzed the video and are confident the video falls under the Fair Use
doctrine. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to
a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which YouTube is
located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

---

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [GZZHCIIL2ZAKSOYPCEVMLZ7URI] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+16ts4q57e870s0h@google.com>     Sun, Sep 24, 2023 at 2:44 AM
Reply-To: YouTube Copyright <youtube-disputes+16ts4q57e870s0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ayasCHBkFWM

Display name of uploader: The Finest

We are sending this counter-notification because our legal team and I are very confident that our video has been taken down by a clear mistake - Our video in question "20 Times Mother Nature Got Angry On Camera" and time-stamped section outlined has been voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our complete legal right to defend this misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

Case 1:25-cv-08170-JGK    Document 7-5    Filed 10/03/25    Page 19 of 45

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [IWNZDWW5JQM4IHESTBQIETAXJE] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+1qvwvbo5tjmwz0h@google.com>          Sun, Sep 24, 2023 at 2:45 AM
Reply-To: YouTube Copyright <youtube-disputes+1qvwvbo5tjmwz0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you
submitted. A counter notification is a legal request for YouTube to reinstate a video that was
removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to
copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take and
what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

  • http://www.youtube.com/watch?v=ZGK4dpTcHGY

Display name of uploader: The Finest

We are sending this counter-notification because our legal team and I are very confident that
our video has been taken down by a clear mistake - Our video in question "15 Most Dangerous
Natural Phenomena in the World" and time-stamped section outlined has been voiced by a
voice actor in an informative manner, clips/images are broken down into parts and we are
confident that everything in our video and time-stamped section is created under Fair Use Law,
used to inform the general audience in a review-styled format. It is within our complete legal
right to defend this misidentified take-down by the claimant, that we have clearly transformed
into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to
a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which YouTube is
located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Escaldes-Engodany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management** <copyright@viraldrm.com>

---

## Re: [J4A72O63ZF5KP5PIJFXQZ4BHBU] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+1n5sf865tbchf0h@google.com>      Thu, Sep 21, 2023 at 11:04 PM
Reply-To: YouTube Copyright <youtube-disputes+1n5sf865tbchf0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Ivel_-JWnHY

Display name of uploader: Amerikano

We are sending this counter-notification because we are extremely confident that our video has been taken down by mistake - Our video in question "220 Times Mother Nature Got Angry On Camera" and time- stamped section is voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our legal right to defend this misidentified take-down. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management** <copyright@viraldrm.com>

---

## Re: [KTDSJFCBYEKTWF6MNCKTEHACNA] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+3jax4a1qy9sb60h@google.com>          Mon, Sep 25, 2023 at 4:51 AM
Reply-To: YouTube Copyright <youtube-disputes+3jax4a1qy9sb60h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=aHkl_OG8MTA

Display name of uploader: The Scary Cherry

We are sending this counter-notification because our legal team and I are very confident that our video has been taken down by a clear mistake - Our video in question "20 Strange Things Spotted by Airline Passengers" and time-stamped section outlined has been voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our complete legal right to defend this misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500



Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Re: [M4Y5BEVDHLC6AHHB65TVRGKBWU] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+0yhbu6cobfbxm0h@google.com>     Sun, Sep 24, 2023 at 2:45 AM
Reply-To: YouTube Copyright <youtube-disputes+0yhbu6cobfbxm0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=9CkyL-o90x0

Display name of uploader: The Finest

We are sending this counter-notification because our legal team and I are very confident that our video has been taken down by a clear mistake - Our video in question "15 Most Extreme Weather Events Caught On Video" and time-stamped section outlined has been voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our complete legal right to defend this misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [N3V22WZAC2ONJO4OEYV4CWRNWE] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+1h2a5pp7o16br0h@google.com>          Sun, Sep 24, 2023 at 2:44 AM
Reply-To: YouTube Copyright <youtube-disputes+1h2a5pp7o16br0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you
submitted. A counter notification is a legal request for YouTube to reinstate a video that was
removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to
copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take and
what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=b7T84-aR7P0

Display name of uploader: The Fancy Banana

We are sending this counter-notification because we are very confident that our video has been
taken down by a clear mistake - Our video in question "If These Phenomena Weren't Recorded,
No One Would Believe It" and time-stamped section outlined has been voiced by a voice actor
in an informative manner, clips/images are broken down into parts and we are confident that
everything in our video and time-stamped section is created under Fair Use Law, used to inform
the general audience in a review-styled format. It is within our complete legal right to defend this
misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Our
legal team has also analyzed the video and are confident the video falls under the Fair Use
doctrine. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to
a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which YouTube is
located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Escaldes-Engrodany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Re: [O7Y347HKEXX4DBTJE5T4WUZBLY] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+3abo9fab98sq20h@google.com>          Mon, Sep 25, 2023 at 4:51 AM
Reply-To: YouTube Copyright <youtube-disputes+3abo9fab98sq20h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ntfEz7GW44k

Display name of uploader: The Scary Cherry

We are sending this counter-notification because our legal team and I are very confident that our video has been taken down by a clear mistake - Our video in question "20 Most Extreme Weather Events Caught on Video" and time-stamped section outlined has been voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our complete legal right to defend this misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 1:25-cv-08170-JGK    Document 7-5    Filed 10/03/25    Page 32 of 45



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [OBWG5C4DGLD24HSU6BX3YY5SY4] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+0nk8ow68g10i00h@google.com>     Sun, Sep 24, 2023 at 2:44 AM
Reply-To: YouTube Copyright <youtube-disputes+0nk8ow68g10i00h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=fcmeYBUr46U

Display name of uploader: The Fancy Banana

We are sending this counter-notification because we are very confident that our video has been taken down by a clear mistake - Our video in question "Why You Shouldn't Mess With Nature " and time-stamped section outlined has been voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our complete legal right to defend this misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Our legal team has also analyzed the video and are confident the video falls under the Fair Use doctrine. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Eslcades-Engordany
Escaldes-Engordany
Andorra

Gmail - Your YouTube account ID 0000mmqbd7-524HSFiled 10/03/25 Copyright Studio Notification

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [PUMTJSXPXBNTZXEIYY5XDS3JMY] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+1y91qk8bgs3nd0h@google.com>          Sun, Sep 24, 2023 at 2:45 AM
Reply-To: YouTube Copyright <youtube-disputes+1y91qk8bgs3nd0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you
submitted. A counter notification is a legal request for YouTube to reinstate a video that was
removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to
copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take and
what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=-huPoqmOkmU

Display name of uploader: The Finest

We are sending this counter-notification because our legal team and I are very confident that
our video has been taken down by a clear mistake - Our video in question "15 Craziest Natural
Phenomena Recorded On Camera" and time-stamped section outlined has been voiced by a
voice actor in an informative manner, clips/images are broken down into parts and we are
confident that everything in our video and time-stamped section is created under Fair Use Law,
used to inform the general audience in a review-styled format. It is within our complete legal
right to defend this misidentified take-down by the claimant, that we have clearly transformed
into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to
a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which YouTube is
located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [V76AG2SMDMDW2GM2TP7Y54H2BU] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+16nsv92cnqqjz0h@google.com>          Sun, Sep 24, 2023 at 2:45 AM
Reply-To: YouTube Copyright <youtube-disputes+16nsv92cnqqjz0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=NVovV8xhAk4

Display name of uploader: The Finest

We are sending this counter-notification because our legal team and I are very confident that our video has been taken down by a clear mistake - Our video in question "15 Strange Natural Phenomena That Happened On Earth #2" and time-stamped section outlined has been voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our complete legal right to defend this misidentified take-down by the claimant, that we have clearly transformed into Fair Use. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Re: [WEBKHLMRVOMPAAH74LYRSJNVZQ] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+0wqwl24w40yfl0h@google.com>          Thu, Sep 21, 2023 at 11:04 PM
Reply-To: YouTube Copyright <youtube-disputes+0wqwl24w40yfl0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

   • http://www.youtube.com/watch?v=8LHQUfN9cpc

Display name of uploader: Amerikano

We are sending this counter-notification because we are extremely confident that our video has been taken down by mistake - Our video in question "20 Extreme Natural Disasters Caught On Camera" and time- stamped section is voiced by a voice actor in an informative manner, clips/images are broken down into parts and we are confident that everything in our video and time-stamped section is created under Fair Use Law, used to inform the general audience in a review-styled format. It is within our legal right to defend this misidentified take-down. Please accept our counter-notification. Thank you

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Urbanizacion Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

## Re: [WFJ77NFR66PBZOAW7JWAOHWRUE] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+06s2kzqwpcjv00h@google.com>          Sat, Nov 18, 2023 at 2:15 AM
Reply-To: YouTube Copyright <youtube-disputes+06s2kzqwpcjv00h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=CtEa-xYPwu8

Display name of uploader: The Genius Lemon

This is a copyright counter notification on behalf of The Genius Lemon. Channel available at: https://www.youtube.com/channel/UCN7kE4xVGr1wF-sc50m036w On November 17th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: 20 Engineers Who Should Go To Hell For Their Mistakes, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual–the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal–the used clip has 5 seconds of a total of 13:39 minutes from the original video; hence we only used about 1% or less of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [XIUGMV6IKP3UANDG4LWTY5OY6I] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+2zcn6a6rqlumr0h@google.com>      Thu, Nov 16, 2023 at 10:14 AM
Reply-To: YouTube Copyright <youtube-disputes+2zcn6a6rqlumr0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=tiAoLr6qmg4

Display name of uploader: Factsopedia

This is a copyright counter notification on behalf of Factsopedia. Channel available at https://www.youtube.com/channel/UC5TSQsuv5SXR5B7RivVCVSA/ On November 16th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: 20 People Almost Struck by Lightning, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual–the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Re: [XV5OPAQHSD2XRBQAUGVPDM54F4] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+2ixerd4wtxwkt0h@google.com>    Wed, Nov 15, 2023 at 3:59 AM
Reply-To: YouTube Copyright <youtube-disputes+2ixerd4wtxwkt0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=G0GYhAROSuM

Display name of uploader: The Overworld

This is a copyright counter notification on behalf of The Overworld. Channel available at https://www.youtube.com/channel/UCZ4yEzW83GVZzVeXdDAM3PA On November 12th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: If You See This In The Sky, You Have a Few Seconds to Hide, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual–the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal–the used clip has 3 seconds of a total of 9:04 minutes from the original video; hence we only used 1% or less of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066