| YT Channel | Emails | First Name | Last Name | Phone Number | Address |
|---|---|---|---|---|---|
| ████████████ | ████████████ | ████████████ | | ████████████ | |
| | | | | | |
| | | | | | |
| https://www.youtube.com/@Curiosopedia | fpustay@frederator.com / fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | ████████████ | |
| https://www.youtube.com/@FactsopediaOfficial | fpustay@frederator.com / fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | 1-212-779-4133 | 22 W21 St, 10th Floor, New York, NY 10010 |
| | | | ████████████ | | ████████████ |
| https://www.youtube.com/@TheGeniusLemon | fpustay@frederator.com / fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | 1-212-779-4133 | 22 W21 St, 10th Floor, New York, NY 10010 |
| https://www.youtube.com/@TheOverworld1 | fpustay@frederator.com / fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | 1-212-779-4133 | 22 W21 St, 10th Floor, New York, NY 10010 |
| ████████████ | ████████████ | | ████████████ | ████████████ | |

| Channel | Emails | First Name | Last Name | Phone | Address |
|---|---|---|---|---|---|
| @AmerikanoOfficial | amerikano-1810@pages.plusgoogle.com, fpustay@frederator.com, fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | 212-779-4133 | 22 W21 St, 10th Fl, New York, NY 10010 |
| ███████ | ████████████████████████ | ███████ | ███████ | ███████ | ███████████████ |
| ███████ | ████████████████████████████████ | ███████ | ███████ | ███████ | ██████████████████████████████████ |
| ███████ | ████████████████████████ | ████████ | ███████ | ███████ | ████████████████████ |
| ███████ | ████████████████████████ | ██████████ | ███████ | ███████ | ███████████████████ |
| ███████ | ████████████████████████ | ███████████ | ███████ | ███████ | ██████████████████ |
| ███████ | ████████████████████████ | ██████████ | ███████ | ███████ | ███████████████████ |
| ███████ | ████████████████████████ | ██████████ | ███████ | ███████ | ███████████████████ |
| ███████ | ████████████████████████ | ██████████ | ███████ | ███████ | ███████████████████ |
| ███████ | ████████████████████████ | ██████████ | ███████ | ███████ | ██████████████████████ |
| ███████ | ████████████████████████ | █████████████ | ███████ | ███████ | ███████████████ |
| www.youtube.com/@TheFancyBanana1 | ernest-v-horton-0771@pages.plusgoogle.com, fpustay@frederator.com, fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | 212-779-4133 | 22 W21 St, 10th Fl, New York, NY 10010 |
| www.youtube.com/@TheScaryCherry | taina-pereira-0840@pages.plusgoogle.com, fpustay@frederator.com, fredseibert@gmail.com | Fred | Seibert (Frederator Networks Inc.) | 212-779-4133 | 22 W21 St, 10th Fl, New York, NY 10010 |
| ███████ | ████████████████████ | ███████ | ███████ | ███████ | ████████████████████████ |
| ███████ | ████████████████████████ | █████████ | ███████ | ███████ | █████████████████████████ |
| www.youtube.com.@TheFinestX | flyrapbeats-rap-6097@pages.plusgoogle.com | Fred | Seibert (Frederator Networks Inc.) | 212-779-4133 | 22 W21 St, 10th Fl, New York, NY 10010 |