JS 44C/SDNY
REV.
12/04/2024

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

Global Weather Productions, LLC,  et al.

**DEFENDANTS**

Frederator Networks, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**

SRIPLAW, P.A., 41 Madison Avenue, 25th Floor, New York, New York, 10010.  Telephone:

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

17 U.S.C. Section 501 - Copyright Infringement

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✓] Yes [ ]  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol.[ ]  Invol.[ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____  & Case No. _____

Is this an international arbitration case?      No [X]      Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*      **NATURE OF SUIT**

|  | TORTS |  |  | ACTIONS UNDER STATUTES |  |
|---|---|---|---|---|---|

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY |  | [ ] 690 OTHER | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY |  |  | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | PROPERTY RIGHTS |  | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE |  | [x] 820 COPYRIGHTS     [ ] 880 DEFEND TRADE SECRETS ACT |  | [ ] 430 BANKS & BANKING |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | PERSONAL PROPERTY | [ ] 830 PATENT |  | [ ] 450 COMMERCE |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION |  | [ ] 460 DEPORTATION |
|  | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK |  | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY |  |  | SOCIAL SECURITY | [ ] 480 CONSUMER CREDIT |
| [ ] 160 STOCKHOLDERS SUITS | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | LABOR | [ ] 861 HIA (1395ff) | [ ] 485 TELEPHONE CONSUMER PROTECTION ACT |
| [ ] 190 OTHER CONTRACT |  | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) |  |
| [ ] 195 CONTRACT PRODUCT LIABILITY | ACTIONS UNDER STATUTES |  | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 196 FRANCHISE | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | [ ] 864 SSID TITLE XVI | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
|  | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 865 RSI (405(g)) |  |
|  | [ ] 441 VOTING | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 |  | FEDERAL TAX SUITS | [ ] 890 OTHER STATUTORY ACTIONS |
| REAL PROPERTY | [ ] 442 EMPLOYMENT | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR LITIGATION | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 891 AGRICULTURAL ACTS |
| [ ] 210 LAND CONDEMNATION | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 220 FORECLOSURE | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 540 MANDAMUS & OTHER |  |  | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 446 AMERICANS WITH DISABILITIES -OTHER |  | IMMIGRATION |  | [ ] 896 ARBITRATION |
| [ ] 240 TORTS TO LAND | [ ] 448 EDUCATION | PRISONER CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION |  | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 245 TORT PRODUCT LIABILITY |  | [ ] 550 CIVIL RIGHTS | [ ] 465 OTHER IMMIGRATION ACTIONS |  | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 290 ALL OTHER REAL PROPERTY |  | [ ] 555 PRISON CONDITION |  |  |  |
|  |  | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT |  |  |  |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: **×** YES      NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____      DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                          **ORIGIN**

[X] 1 Original Proceeding   [ ] 2 Removed from State Court   [ ] 3 Remanded from Appellate Court   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from (Specify District)   [ ] 6 Multidistrict Litigation (Transferred)   [ ] 7 Appeal to District Judge from Magistrate Judge

[ ] a. all parties represented

[ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Global Weather Productions, LLC, 1309 Coffeen Avenue, Suite 1200, Sheridan, Sheridan County, Wyoming, 82801

See attached list for other Plaintiffs

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Frederator Networks, Inc., 22 W 21 Street, 10th Floor, New York, New York, New York, 10010

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE  10/07/2025   /s/ Jordan I. Abisror

SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 05  Yr. 2024 )
Attorney Bar Code # 6139190

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____  Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.: 1:25-cv-08170**

GLOBAL WEATHER PRODUCTIONS,
LLC,
JASON DAVIES,
CARL HOBI,
AARON JAMES JAYJACK,
ADAM LUCIO,
ADRIEN MAUDUIT,
JESSICA MOORE,
MIKE OLBINSKI,
MAXWELL OLSON,
DANIEL JEFFREY ROBINSON,
ROLF ERIK SCHYMA,
DANIEL SHAW,
PAUL SMITH,
CHRISTOPHER JOHN TANGEY,
MIKE THEISS, REED TIMMER,
VIRAL DRM, LLC,
DEREK SMITH,
CHRISTOPHER BLAKE BROWN and
TANNER SCHAAF,

                  Plaintiffs,

v.

FREDERATOR NETWORKS, INC.,

                  Defendant.

_____

Jason Davies, U407 13-15 Haig Street, Kirra, Gold Coast, Queensland, Australia, 4225

Carl Hobi, 205 W. 6th Street, Perry, Perry County, Kansas, 66073

Aaron James Jayjack, 41 West Highway 14, #467, Spearfish, Spearfish County, SD, 57783

Adam Lucio, 5841 West 64th Place, Chicago, Cook County, Illinois, 60638

Adrien Mauduit, Malangsveien 2619, Mortenhals, Norway, 9056

Jessica Moore, 5322 Rawhide Lane, Colorado Springs, El Paso County, Colorado, 80917

Mike Olbinski, 5629 North 8th Drive, Phoenix, Maricopa County, Arizona 85013

Maxwell Olson, 3220 Conestoga Drive, C-16, Norman, Cleveland County, Oklahoma, 73072

Daniel Jeffrey Robinson, 301 West Illinois Street, Apt. B, New Baden, Clinton County, IL 62265

Rolf Erik Schyma, 205 Munford Street, Houston, Harris County, TX, 77008

Paul Smith, 10403 Timbercreek Circle, Edmond, Edmond County, OK, 73034

Christopher John Tangey, 36 Brumby Road, Alice Springs, NT, Australia

Mike Theiss, PO Box 233, Key Largo, Monroe County, FL 33037

Reed Timmer, 216 Meadow Rose Drive, Travelers Rest, Greenville County SC, 29690

Viral Drm, Llc, 4780 I 55 N Suite 100, 39211 Jackson, MS, 39211

Derek Smith, 1002 Boundary Avenue, Pawhuska, OK, 74056

Christopher Blake Brown, P.O. Box 1613, Panhandle, TX, 79068

Tanner Schaaf, 31071 724th Ave, Dassel, MN 55325