UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **MAXWELL OLSON; DANIEL JEFFREY ROBINSON; ROLF ERIK SCHYMA; DANIEL SHAW; PAUL SMITH; CHRISTOPHER JOHN TANGEY; MIKE THEISS; REED TIMMER; VIRAL DRM, LLC; DEREK SMITH; CHRISTOPHER BLAKE BROWN; TANNER SCHAAF; JASON DAVIES; CARL HOBI; AARON JAMES JAYJACK; ADAM LUCIO; ADRIEN MAUDUIT; JESSICA MOORE; MIKE OLBINSKI; GLOBAL WEATHER PRODUCTIONS, LLC** <br><br> *Plaintiff* <br><br> v. <br><br> **FREDERATOR NETWORKS, INC.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-08170 |

### AFFIDAVIT OF SERVICE

Angela Roy, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on October 8, 2025, at 12:40 pm at One Commerce Plaza, 99 Washington AVenue #805A, Albany, NY 12210-2822, Deponent served the within Summons, First Amended Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Frederator Networks, Inc. (hereinafter referred to as "subject") by leaving the following documents with Anita Petronis who as Corporate Specialist at Delaney Corporate Services Ltd. is authorized by appointment or by law to receive service of process for Frederator Networks, Inc..

My perception of the description of the individual served is as follows:
White Female, est. age 25-34, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6553165417,-73.7586193742
Photograph: See Exhibit 1

Total Cost: $111.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Albany County   ,

   NY    on    10/9/2025   .

/s/ *Angela Roy*

Signature
Server Name: Angela Roy
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Exhibit 1a)

