SAUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Global Weather Productions, LLC, et
al.,                                              25-cv-8170 (JGK)

                    Plaintiffs,              ORDER

        - against -

Frederator Networks, Inc.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference is adjourned to **Wednesday, January 7, 2026,**

at **4:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:      New York, New York
            December 22, 2025

                                        John G. Koeltl
                                  United States District Judge