UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLOBAL WEATHER PRODUCTIONS, LLC,
                                        Plaintiff(s)

                                                                      25 civ 8170 (JGK)

                -against-

FEDERATOR NETWORKS, INC., et al,
                                        Defendant(s).
-------------------------------------------------------------X

## ORDER

The defendant, Rafael Delgado Garcia, has yet to file an answer in this action.

The time for defendant, Rafael Delgado Garcia, to respond to the complaint is extended

to **March 30, 2026. Failure to respond to the complaint by March 30, 2026, may be grounds**

**for a default judgment being entered against him, in which even, the defendant, Rafael**

**Delgado Garcia, will have no trial.**

The conference scheduled for Tuesday, March 17, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          March 11, 2026