Steven C. Vondran, [SBN 232337]
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
One Sansome Street
Newport Beach, California 92660
Telephone: (877) 276-5084
Email: steve@vondranlegal.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>RAFAEL DELGADO GARCIA,<br><br>      Defendant. | Case No. 1:25-CV-08170-JGK |

## [PROPOSED] ORDER

The motion of Steven C. Vondran, for admission to practice Pro Hac Vice to appear as in the above captioned action is granted.  Applicant has declared that he is a member in good standing in the State of California and Arizona and that his contact information is as follows:

The Law Offices of Steven C. Vondran, One Sansome Street

Newport Beach, California 92660

Telephone: (877) 276-5084

Email: steve@vondranlegal.com

[proposed] ORDER

Applicant having requested admissions Pro Hac Vice to appear for all purposes as counsel for Defendants, Rafael Delgado Garica, in the above-captioned action.

**IT IS HEREBY ORDERED** and Applicant is admitted to practice in the above captioned case in the United States District of Court for the southern District of New York.  All attorneys appearing before the court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: 3/24/26

_____
UNITED DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

[proposed] ORDER