UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL WEATHER PRODUCTIONS, LLC, ET AL.,

                  Plaintiffs,

      - AGAINST -

FREDERATOR NETWORKS, INC., ET AL.,

                  Defendants.

---

25-cv-8170 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a revised Rule 26(f) report by **May 1, 2026.**

SO ORDERED.

Dated:    **New York, New York**
           **April 18, 2026**

                  **John G. Koeltl**
           **United States District Judge**