UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

GLOBAL WEATHER PRODUCTIONS, LLC, ET
AL.,                                              25-cv-8170 (JGK)

                    Plaintiffs,                   ORDER

        - against -

FREDERATOR NETWORKS, INC., ET AL.,

                    Defendants.

————————————————————————————

JOHN G. KOELTL, District Judge:

      The parties are directed to appear by telephone for a conference in connection with the plaintiffs' anticipated motion to enforce an alleged settlement on **Thursday, April 30, 2026, at 4:00 p.m.**

      Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          April 20, 2026

                                      _____
                                            John G. Koeltl
                                      United States District Judge