UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL WEATHER PRODUCTIONS, LLC, ET AL.,

                    Plaintiffs,

        - AGAINST -

FREDERATOR NETWORKS, INC., ET AL.,

                    Defendants.

---

25-cv-8170 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference scheduled for April 28, 2026, at 11:30 a.m. is **canceled.**

SO ORDERED.

Dated:    New York, New York
          April 22, 2026

                                    John G. Koeltl
                              United States District Judge