UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL WEATHER PRODUCTIONS, LLC, ET AL.,

                      Plaintiffs,

      - AGAINST -

FREDERATOR NETWORKS, INC., ET AL.,

                      Defendants.

25-cv-8170 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference held today, the parties are directed to submit a letter to the Court explaining the status of the parties' settlement discussions by May 13, 2026.

SO ORDERED.

Dated:    New York, New York
         April 30, 2026

                                  John G. Koeltl
                        United States District Judge