**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, JASON DAVIES, CARL HOBI, AARON JAMES JAYJACK, ADAM LUCIO, ADRIEN MAUDUIT, JESSICA MOORE, MIKE OLBINSKI, MAXWELL OLSON, DANIEL JEFFREY ROBINSON, ROLF ERIK SCHYMA, DANIEL SHAW, PAUL SMITH, CHRISTOPHER JOHN TANGEY, MIKE THEISS, REED TIMMER, VIRAL DRM, LLC, DEREK SMITH, CHRISTOPHER BLAKE BROWN and TANNER SCHAAF, | **CASE NO.: 1:25-cv-08170-JGK** |
| Plaintiffs, | |
| v. | |
| RAFAEL DELGADO GARCIA, | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Plaintiffs GLOBAL WEATHER PRODUCTIONS, LLC, JASON DAVIES, CARL

HOBI, AARON JAMES JAYJACK, ADAM LUCIO, ADRIEN MAUDUIT, JESSICA

MOORE, MIKE OLBINSKI, MAXWELL OLSON, DANIEL JEFFREY ROBINSON, ROLF

ERIK SCHYMA, DANIEL SHAW, PAUL SMITH, CHRISTOPHER JOHN TANGEY, MIKE

THEISS, REED TIMMER, VIRAL DRM, LLC, DEREK SMITH, CHRISTOPHER BLAKE

BROWN and TANNER SCHAAF and Defendant RAFAEL DELGADO GARCIA, by and

through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to

the entry of an order dismissing the instant lawsuit, with prejudice, as between the parties to this

stipulation, with each party to bear its own costs, attorneys' fees and expenses.

Pursuant to the Court's April 30, 2026 order, this stipulation serves as the update on settlement. (ECF 44) As the Parties in this matter have reached a resolution of the outstanding issues, the status of the Parties' settlement is finalized. The Parties therefore request that ECF 44 be vacated.

Notwithstanding the reference to Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulation is conditioned upon the Court's entry of an order of dismissal pursuant to Fed. R. Civ. P. 41(a)(2) on terms the Court considers proper, provided that those terms are consistent with the terms set forth in this Stipulation.

Dated:  May 7, 2026                                    Respectfully submitted,


*/s/ Jordan I. Abisror*                                */s/ Steve Charles Vondran*
JORDAN I. ABISROR                         STEVE CHARLES VONDRAN
Bar Number: 6139190                         steve@vondranlegal.com
jordan.abisror@sriplaw.com


**SRIPLAW, P. A.**                                **THE LAW OFFICES OF STEVEN C.**
41 Madison Avenue                           **VONDRAN, P.C.** (SAN FRANCISCO)
25th Floor                                            One Sansome Street
New York, New York 10010              Suite 3500
929.200.8446 – Telephone               San Francisco CA 94104
561.404.4353 – Facsimile                  +1 877.276.5084
                                                           877.551.2252


*Counsel for Plaintiffs*                           *Counsel for Defendant Rafael Delgado*
                                                           *Garcia*