**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLOBAL WEATHER PRODUCTIONS, LLC,
JASON DA VIES, CARL HOBI, AARON JAMES
JAYJACK, ADAM LUCIO, ADRIEN MAUDUIT,
JESSICA MOORE, MIKE OLBINSKI,
MAXWELL OLSON, DANIEL JEFFREY
ROBINSON, ROLF ERIK SCHYMA, DANIEL
SHAW, PAUL SMITH, CHRISTOPHER JOHN
TANGEY, MIKE THEISS, REED TIMMER,
VIRAL DRM, LLC, DEREK SMITH,
CHRISTOPHER BLAKE BROWN and TANNER
SCHAAF,

                      Plaintiffs,

        -against-                                     25 **CIVIL** 8170 (JGK)

                                                **JUDGMENT**

RAFAEL DELGADO GARCIA,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 8, 2026, the Stipulation is so ordered.

Judgment is entered dismissing this action with prejudice, with each party to bear its own costs,

attorney's fees and expenses; accordingly, the case is closed.

**Dated:** New York, New York

     May 11, 2026

                                         **TAMMI M. HELLWIG**

                                  _____
                                        **Clerk of Court**

              **BY:**                  K. mango

                                        _____
                                         **Deputy Clerk**